PER CURIAM.
Affirmed. Schnurmacher Holding, Inc. v. Noriega, 542 So.2d 1327 (Fla.1989); Cuevas v. Potamkin Dodge, Inc., 483 So.2d 55 (Fla. 3d DCA 1986); Loxahatchee River Environmental Control Dist. v. Guy Villa & Sons, Inc., 371 So.2d 111 (Fla. 4th DCA 1978), cert. denied, 378 So.2d 346 (Fla.1979); § 682.13(l)(c), Fla.Stat. (1987); compare Cuevas v. Potamkin Dodge, Inc., 455 So.2d 398 (Fla. 3d DCA 1984) (party who voluntarily enters into arbitration agreement which does not provide for fees is not entitled to recover such fees).